## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 88 WAL 2020

             Respondent :

                    : Petition for Allowance of Appeal
                    : from the Order of the Superior Court

             v. :

TERRELL M. MOFFATT, :

             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.